FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

January 3, 2023

No. 04-22-00857-CV

**STUDIO E. ARCHITECTURE AND INTERIORS, INC.**,
Appellant

v.

Emily **LEHMBERG**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-10649
Honorable David A. Canales, Judge Presiding

# O R D E R

The trial court clerk has filed a notification of late record, stating that appellant has failed to pay or make arrangements to pay the fee for preparing the clerk's record and that appellant is not entitled to preparation of the clerk's record without paying the fee.

We, therefore, ORDER appellant to provide written proof to this court on or before **January 19, 2023**, that the clerk's fee has been paid or arrangements have been made to pay the clerk's fee. If appellant fails to respond within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b); *see also* TEX. R. APP. P. 42.3(c) (allowing dismissal of appeal if appellant fails to comply with an order of this court).

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of January, 2023.

_____
MICHAEL A. CRUZ, Clerk of Court